# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURRELL, JAMES ANTOINE | § | Case No. 11-30017 |
| BURRELL, JUANITA | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

J. JAMES ROGAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/J. JAMES ROGAN, TRUSTEE _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES ANTOINE BURRELL |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CPS PO Box 57071 Irvine, CA  92619-7071 |  |  |  |  |  |
|  | Friendly Finance Corporation 6340 Security Blvd., Suite 200 Baltimore, MD  21207-5102 |  |  |  |  |  |
| 000023 | CONSUMER PORTFOLIO SERVICE |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| J. JAMES ROGAN, TRUSTEE | | | | | |
| J. JAMES ROGAN, TRUSTEE | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| BANK OF KANSAS CITY | | | | | |
| U.S. BANKRUPTCY COURT | | | | | |
| J. JAMES ROGAN, P.S.C. | | | | | |
| J. JAMES ROGAN, P.S.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America P. O. Box 1758 Newark, NJ 07101-1758 | | | | | |
| | Bank Of Lake Mills 2401 International Lane Madison, WI 53704 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bellsouth P. O. Box 1262 Charlotte, NC 28201-1262 | | | | | |
| | Beneficial PO Box 4153 Elmhurst, IL 60197 | | | | | |
| | Capella University 225 South 6th Street, 9th Floor Minneapolis, MN 55402 | | | | | |
| | Capital One Auto Finance 3901 Dallas Pkwy Plano, TX 75093 | | | | | |
| | Central Baptist Hospital P.O. Box 32940 Louisville, KY 40232-2940 | | | | | |
| | Central Emergency Physicians P.O. Box 1827 Lexington, KY 40588 | | | | | |
| | Citbank PO Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi P.O. Box 45202 Jacksonville, FL 32232 | | | | | |
| | Commonwealth Credit Union P.O. Box 978 Frankfort, KY 40602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Consumer Portfolio Service P.O. Box 57071 Irvine, CA 92619-7071 | | | | | |
| | Credit One Bank PO Box 98873 Las Vegas, NV 89193-8873 | | | | | |
| | DJ Ortho P.O. Box 515471 Los Angeles, CA 90051-6771 | | | | | |
| | Debt Recovery Solutions P.O. Box 9001 Westbury, NY 11590 | | | | | |
| | Direct Loans PO Box 7202 Utica, NY 13504-7202 | | | | | |
| | Direct TV P.O. Box 6414 Carol Stream, IL 60197 | | | | | |
| | EASCI 226 1st Ave. SW Aberdeen, SD 57401-4104 | | | | | |
| | First Premier Bank P.O. Box 5147 Sioux Falls, SD 57117-5147 | | | | | |
| | HSBC Bank Nevada P.O. Box 19360 Portland, OR 97280 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kentucky Medical Services P.O. Box 1688 Lexington, KY 40588-1688 | | | | | |
| | Kentucky Medical Services P.O. Box 1688 Lexington, KY 40588-1688 | | | | | |
| | LVNV Funding P.O. Box 10584 Greenville, SC  29603 | | | | | |
| | Macy's P.O. Box 4581 Carol Stream, IL  60197 | | | | | |
| | Macy's P.O. Box 4581 Carol Stream, IL  60197 | | | | | |
| | Midnight Velvet 1112 7th Avenue Monroe, WI  53566 | | | | | |
| | NCO Financial Systems PO Box 15889 Wilmington, DE 19850-5889 | | | | | |
| | Portfolio Recovery Associates 120 Corporate Blvd., Suite 100 Norfolk, VA  23502 | | | | | |
| | Retail Services P.O. Box 5238 Carol Stream, IL  60197-5238 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears 13200 Smith Road Cleveland, OH  44130 | | | | | |
| | TEC Recovery Inc. PO Box 515471 Los Angeles, CA 90051-6771 | | | | | |
| | UK Healthcare Lock Box 951319 Cleveland, OH  44193 | | | | | |
| | Wal-Mart P. O. Box 530927 Atlanta, GA  30353-0927 | | | | | |
| | West Asset Management Attention LLC P. O. Box 2308 Sherman, TX  75091-2308 | | | | | |
| 000001 | COMMONWEALTH CREDIT UNION | | | | | |
| 000005 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000015 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000017 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000018 | GREAT LAKES EDUCATIONAL LOAN SERVIC | | | | | |
| 000013 | NELNET | | | | | |
| 000014 | SALLIE MAE | | | | | |
| 000010 | SALLIE MAE INC., ON BEHALF OF THE | | | | | |
| 000011 | SALLIE MAE INC., ON BEHALF OF THE | | | | | |
| 000002 | B-REAL, LLC | | | | | |
| 000021 | CAPITAL ONE | | | | | |
| 000003 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000004 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000006 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000007 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000008 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000016 | GINNY'S | | | | | |
| 000019 | GLA COLLECTION CO INC | | | | | |
| 000020 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 000022 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000012 | SPRINGLEAF FINANCIAL SERVICES OF AM | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-30017    JMS    Judge: JOSEPH M. SCOTT | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
|---|---|---|---|
| Case Name: | BURRELL, JAMES ANTOINE | Date Filed (f) or Converted (c): | 01/14/11 (f) |
| | BURRELL, JUANITA | 341(a) Meeting Date: | 02/22/11 |
| For Period Ending: | 09/19/13 | Claims Bar Date: | 05/25/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. BANK ACCOUNT | 1,200.00 | 0.00 | OA | 0.00 | FA |
| 2. SEC. DEP. | 500.00 | 0.00 | OA | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 6,000.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 5. JEWELRY | 2,000.00 | 0.00 | OA | 0.00 | FA |
| 6. RETIREMENT (2 ACCTS) | 16,000.00 | 0.00 | OA | 0.00 | FA |
| 7. TAX REFUNDS (2) | 2,916.00 | 0.00 | OA | 0.00 | FA |
| 8. GARNISHMENT | 2,500.00 | 2,500.00 | | 2,682.18 | FA |
| 9. BANK ACCOUNT | 0.00 | 0.00 | OA | 0.00 | FA |
| 10. LIFE INSURANCE | 0.00 | 0.00 | OA | 0.00 | FA |
| 11. 2005 DODGE CARAVAN | 10,000.00 | 0.00 | OA | 0.00 | FA |
| 12. 2007 DODGE | 16,000.00 | 0.00 | OA | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $60,116.00 | $2,500.00 | | $2,682.18 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/12        Current Projected Date of Final Report (TFR): 03/31/13

FORM 2    Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-30017 -JMS | |
| Case Name: | BURRELL, JAMES ANTOINE | |
| | BURRELL, JUANITA | |
| Taxpayer ID No: | *******1756 | |
| For Period Ending: | 12/31/13 | |

| | |
|---|---|
| Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0527  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $   3,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/06/12 | 8 | BULLOCK & COFFMAN, LLP | | 1241-000 | 2,682.18 | | 2,682.18 |
| 12/14/12 | 010001 | U.S. BANKRUPTCY COURT | ADVERSARY PROCEEDING | 2700-000 | | 293.00 | 2,389.18 |
| | | | ADV NO 12-03012 V AMERICAN GENERAL FINANCIAL | | | | |
| 01/16/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.32 | 2,386.86 |
| 02/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 2.73 | 2,384.13 |
| 03/14/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.20 | 2,380.93 |
| 04/12/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 3.54 | 2,377.39 |
| 04/30/13 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,367.39 |
| 05/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,357.39 |
| 06/11/13 | 010002 | J. JAMES ROGAN, P.S.C. | ATTORNEY FOR TRUSTEE FEES/EXPENSES | | | 447.45 | 1,909.94 |
| | | | ORDER DATED 6/11/13 | | | | |
| | | | Fees          440.00 | 3110-000 | | | |
| | | | Expenses        7.45 | 3120-000 | | | |
| 06/11/13 | 010003 | JAMES ANTOINE BURRELL | RECOVERY OF GARNISHED FUNDS | 8100-000 | | 1,194.59 | 715.35 |
| | | | ORDER DATED 6/10/13 | | | | |
| 06/28/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 705.35 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 695.35 |
| 11/25/13 | 010004 | J. JAMES ROGAN, TRUSTEE | Chapter 7 Compensation/Expense | | | 426.51 | 268.84 |
| | | 345 SOUTH FOURTH STREET | | | | | |
| | | DANVILLE, KY  40422 | | | | | |
| | | | Fees          371.90 | 2100-000 | | | |
| | | | Expenses       54.61 | 2200-000 | | | |
| 11/25/13 | 010005 | COMMONWEALTH CREDIT UNION | Claim 000001, Payment 0.08702% | 7100-000 | | 11.00 | 257.84 |
| | | P.O. BOX 978 | DISTRIBUTION | | | | |
| | | FRANKFORT, KY 40602-0978 | ACCT NO XXXX 4070-43, XXXX5330-43 | | | | |
| 11/25/13 | 010006 | ECAST SETTLEMENT CORPORATION | Claim 000005, Payment 0.08703% | 7100-000 | | 6.93 | 250.91 |
| | | ASSIGNEE OF HSBC CONS. LEND.(USA) INC | DISTRIBUTION | | | | |

Page Subtotals        2,682.18        2,431.27

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Page: 2

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-30017 -JMS |
| Case Name: | BURRELL, JAMES ANTOINE |
| | BURRELL, JUANITA |
| Taxpayer ID No: | *******1756 |
| For Period Ending: | 12/31/13 |

| | |
|---|---|
| Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| Bank Name: | BANK OF KANSAS CITY |
| Account Number / CD #: | *******0527  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $    3,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | POBOX 35480 NEWARK NJ 07193-5480 | ACCT NO XXXX3164  HSBC CONSUMER LENDING | | | | |
| 11/25/13 | 010007 | SALLIE MAE INC., ON BEHALF OF THE DEPARTMENT OF EDUCATION P.O. BOX 740351 ATLANTA, GA 30374-0351 | Claim 000010, Payment 0.08700% DISTRIBUTION ACCT NO XXXX0964 | 7100-000 | | 53.17 | 197.74 |
| 11/25/13 | 010008 | SALLIE MAE INC., ON BEHALF OF THE DEPARTMENT OF EDUCATION P.O. BOX 740351 ATLANTA, GA 30374-0351 | Claim 000011, Payment 0.08700% DISTRIBUTION ACCT NO XXXX0964 | 7100-000 | | 55.35 | 142.39 |
| 11/25/13 | 010009 | NELNET ACCT DEPT 121 S. 13TH ST., SUITE 201 LINCOLN, NE  68508 | Claim 000013, Payment 0.08698% DISTRIBUTION ACCT NO XXXX1736 | 7100-000 | | 38.82 | 103.57 |
| 11/25/13 | 010010 | SALLIE MAE C/O SALLIE MAE INC. 220 LASLEY AVE. WILKES-BARRE, PA 18706 | Claim 000014, Payment 0.08702% DISTRIBUTION ACCT NO. 1736 | 7100-000 | | 19.08 | 84.49 |
| 11/25/13 | 010011 | GREAT LAKES EDUCATIONAL LOAN SERVICES PO BOX 7858 MADISON, WI 53704-7858 | Claim 000015, Payment 0.08697% DISTRIBUTION ACCT NO XXXX0964, 887890 | 7100-000 | | 10.67 | 73.82 |
| 11/25/13 | 010012 | GREAT LAKES EDUCATIONAL LOAN SERVICES PO BOX 530229 ATLANTA, GA  30353-0229 | Claim 000017, Payment 0.08697% DISTRIBUTION ACCT NO XXXX1736, 840577 | 7100-000 | | 8.22 | 65.60 |
| 11/25/13 | 010013 | GREAT LAKES EDUCATIONAL LOAN SERVICES PO BOX 530299 ATLANTA, GA  30353-0229 | Claim 000018, Payment 0.08699% DISTRIBUTION ACCT NO XXXX1736, 898581 | 7100-000 | | 51.92 | 13.68 |

Page Subtotals        0.00        237.23

Ver: 17.04b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-30017 -JMS | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| Case Name: | BURRELL, JAMES ANTOINE | Bank Name: | BANK OF KANSAS CITY |
| | BURRELL, JUANITA | Account Number / CD #: | *******0527 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1756 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $    3,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/25/13 | 010014 | CLERK OF THE COURT<br>PO BOX 1111<br>LEXINGTON, KY 40588-1111 | REMITTED TO COURT<br>DIVIDENDS REMITTED TO THE COURT<br>ITEM #    CLAIM #      DIVIDEND<br>================================== | | | | | 13.68 | 0.00 |
| | | | 16 | 000016 | 0.11 | 7100-001 | | | |
| | | | 12 | 000012 | 2.54 | 7100-001 | | | |
| | | | 9 | 000009 | 0.54 | 7100-001 | | | |
| | | | 8 | 000008 | 0.82 | 7100-001 | | | |
| | | | 7 | 000007 | 0.69 | 7100-001 | | | |
| | | | 6 | 000006 | 2.17 | 7100-001 | | | |
| | | | 4 | 000004 | 0.74 | 7100-001 | | | |
| | | | 3 | 000003 | 0.88 | 7100-001 | | | |
| | | | 2 | 000002 | 0.23 | 7100-001 | | | |
| | | | 19 | 000019 | 0.05 | 7100-001 | | | |
| | | | 20 | 000020 | 4.06 | 7100-001 | | | |
| | | | 21 | 000021 | 0.57 | 7100-001 | | | |
| | | | 22 | 000022 | 0.28 | 7100-001 | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 2,682.18 | 2,682.18 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 2,682.18 | 2,682.18 | |
| Less:  Payments to Debtors | | 1,194.59 | |
| Net | 2,682.18 | 1,487.59 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0527 | 2,682.18 | 1,487.59 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 2,682.18 | 1,487.59 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 13.68 |

Ver: 17.04b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 11-30017 -JMS | Trustee Name: | J. JAMES ROGAN, TRUSTEE |
| Case Name: | BURRELL, JAMES ANTOINE | Bank Name: | BANK OF KANSAS CITY |
| | BURRELL, JUANITA | Account Number / CD #: | *******0527  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1756 | | |
| For Period Ending: | 12/31/13 | Blanket Bond (per case limit): | $    3,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - ********0527 | | Transfers) | To Debtors) | On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 17.04b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*